# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
|  | Case Number: 8:97cr227-T-24EAJ |
|  | USM Number: 21912-018 |
| ROY LEE HAYWOOD, JR. | Dionja Dyer, AFPD |
|  | Defendant's Attorney |

**THE DEFENDANT:**

___X___ admitted guilt to violation of charge numbers _One and Two_ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Positive urinalysis for methamphetamine on July 13, 2008 in violation of Condition Seven of the Standard Conditions of Supervision. | July 3, 2008 |
| 2 | Failure to reside in a Residential Re-entry Center in violation of the Special Condition. | July 21, 2008 |

The Defendant is found to be in violation of his supervised release, and the Supervised Release is revoked. The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

_August 21, 2008_
Date of Imposition of Judgment

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

_August 22, 2008_
Date

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
　　　　Sheet 2 - Imprisonment

Judgment - Page 2 of 2

DEFENDANT: ROY LEE HAYWOOD, JR.
CASE NUMBER: 8:97-CR-227-T-24EAJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *ELEVEN MONTHS, NO TERM OF SUPERVISED RELEASE TO FOLLOW.*

__X__ The Court makes the following recommendations to the Bureau of Prisons: Defendant to Participate in a Drug Treatment Program while incarcerated.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

　　____ at _____ a.m.   p.m.   on _____.

　　____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　____ before 2 p.m. on _____.

　　____ as notified by the United States Marshal.

　　____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL